## KING COUNTY ET AL. *v.* F. L. HARTUNG GLASS CO., INC.

No. 647. Decided February 18, 1963.

*William L. Paul, Jr.* for appellants.

*Ofell H. Johnson* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## CHUPKA ET AL. *v.* LORENZ-SCHNEIDER CO., INC., ET AL.

No. 650. Decided February 18, 1963.

*Kalman I. Nulman* for appellants.

*Samuel J. Cohen* for appellee Teamsters Local 802.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.